**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

735 Central Avenue
Woodmere, New York 11598

Telephone (516) 668-6945

April 27, 2018

**VIA ECF**
The Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:**   **Bleier v. Central**
          **17 CV 7324 (ENV) (RML)**

Dear Magistrate Judge Levy:

I represent the plaintiff in the above matter. In response to the Court's order, defendant Central Credit has agreed to sign and waiver of summons which shall be filed shortly. Concerning, Erin Capital it is not clear about a waiver so that plaintiff requests one week to effectuate service.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein