UNITED STATES DISTRIC COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
SHLOMO BLEIER


PLAINTIFF,

      -against-                                      CIVIL ACTION NO.: 17cv7324

CENTRAL CREDIT SERVICES LLC AND
ERIN CAPITAL MANAGEMENT, LLC


DEFENDANT(S).
-------------------------------------------------------------------------

It is hereby stipulated and agreed between counsel for Plaintiff and counsel for Defendant Erin Capital Management LLC (hereinafter, "Erin"), that Defendant Erin's time to answer, move or otherwise respond to the Complaint is adjourned to June 21, 2018, with respect to the above matter. This stipulation may be executed in counterparts and signatures which are reproduced by facsimile or photocopies machine are hereby deemed originals and sufficient for purposes of this Stipulation.

DATED:  NEW YORK, NEW YORK
May 28, 2018

Respectfully Submitted,

                                                /s/ *Adam J. Fishbein*
                                                _____
                                                ATTORNEY FOR PLAINTIFF
                                                By:_____

                                                /s/ *Erika Schor*
                                                _____
                                                ATTORNEY FOR DEFENDANT ERIN CAPITAL
                                                MANAGEMENT, LLC
                                                By:_____


**SO ORDERED:**

                                                _____
                                                United States District/Magistrate Judge

Dated: _____, 2018
New York, New York

**THIS IS AN ATTEMPT TO COLLECT A DEBT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**